# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CRAIG PLANT,
ADC #147784                                                                     PLAINTIFF

v.                              No. 4:13-cv-234-DPM-BD

RAY BROOKS, Maintenance Supervisor;
G. HARMON, Warden; T. HURST, Assistant Warden;
CASSANDRA JONES, Administrative Specialist;
WENDY KELLY, Deputy Director;
V. MULLINS, HSA; KIRK, Doctor; G. BURTON,
Major; MOSBY, M.S., Nurse; GREEN, M.S., D.O.N.           DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, № 10. Plant filed no objections. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition). The Court therefore adopts the recommendation as its own. FED R. CIV P. 72(b). Defendants Jones and Kirk are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 September 2013