IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG PLANT**
**ADC #147784**                                                                    **PLAINTIFF**

v.                         No. 4:13-cv-234-DPM-BD

**RAY BROOKS, Maintenance Supervisor;**
**G. HARMON, Warden; T. HURST, Assistant Warden;**
**WENDY KELLY, Deputy Director; V. MULLINS, HSA;**
**G. BURTON, Major; MOSBY, Nurse; and**
**GREEN, D.O.N.**                                                                 **DEFENDANTS**

ORDER

The Court has considered Magistrate Judge Beth Deere's partial recommended disposition, № 39, and Story's objections, № 43. After reviewing *de novo*, the Court adopts Judge Deere's recommended disposition. FED. R. CIV. P. 72(b)(3). Motion to dismiss, № 19, granted in part and denied in part. Motion to dismiss, № 22, granted in part and denied in part. Motion to dismiss, № 32, denied. Plant's claims against Green and Brooks are dismissed without prejudice. His claims against Mullins, Mosby, Kelley, Harmon, and Hurst are still pending. Burton has recently filed a motion to dismiss, № 37. The Court will await a recommendation from Judge Deere on

-1-

that motion.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2013