IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG PLANT**
**ADC #147784**                                                                                       **PLAINTIFF**

v.                              No. 4:13-cv-234-DPM-BD

**RAY BROOKS, Maintenance Supervisor;**
**G. HARMON, Warden; T. HURST, Assistant Warden;**
**WENDY KELLY, Deputy Director; V. MULLINS, HSA;**
**G. BURTON, Major; MOSBY, Nurse; and**
**GREEN, D.O.N.**                                                                                 **DEFENDANTS**

### ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, № 45. Plant has not objected. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the recommendation in full. Motion to dismiss, № 37, denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2014