IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG PLANT,**
**ADC #147784**                                                                     **PLAINTIFF**

v.                          No. 4:13-cv-234-DPM-BD

**G. HARMON, Warden; T. HURST, Assistant Warden;**
**WENDY KELLY, Deputy Director; Vesta MULLINS,**
**HSA; G. BURTON, Major; and LEONA MOSBY, Nurse   DEFENDANTS**

### ORDER

Unopposed motion to dismiss, № 61, granted. Plant's claims against Hurst are dismissed without prejudice. The Court notices that Plant does not say he wants to proceed against Mullins or Mosby. If he would like dismiss those defendants as well, he should file another motion.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2014