IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG PLANT,
ADC#147784                                                              PLAINTIFF

v.                          No. 4:13-cv-234-DPM-BD

G. HARMON, Warden; WENDY KELLY,
Deputy Director; Vesta MULLINS,
HSA; G. BURTON, Major; and
LEONA MOSBY, Nurse                                                      DEFENDANTS

ORDER

Joint motion to dismiss, № 71, granted. Mosby is dismissed without prejudice. It is unclear whether parties also want to dismiss Mullins. If so, they should file a separate motion.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2014