IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG PLANT,
ADC #147784                                                         PLAINTIFF

v.                      No. 4:13-cv-234-DPM-BD

G. HARMON, Warden;
WENDY KELLEY, Deputy Director;
VESTA MULLINS, HSA; and
G. BURTON, Major                                                   DEFENDANTS

ORDER

Opposed recommendation, № 81, adopted. FED. R. CIV. P. 72(b)(3). Motions, № 63 & 66, granted. Plant's motion to amend his complaint, № 85, is denied because it comes too late and appears futile. Plant amended his complaint once and had ample time to do so again during the year and a half that this case has been pending. All the issues have now been fully briefed and resolved.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2014