IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG PLANT,
ADC #147784                                                          PLAINTIFF

v.                          No. 4:13-cv-234-DPM

RAY BROOKS, Maintenance Supervisor;
G. HARMON, Warden; T. HURST, Assistant Warden;
CASSANDRA JONES, Administrative Specialist;
WENDY KELLEY, Deputy Director;
VESTA MULLINS, HSA; KIRK, Doctor; G. BURTON,
Major; LEONA MOSBY, Nurse; and
GREEN, D.O.N.                                                        DEFENDANTS

## JUDGMENT

Plant's claims are dismissed without prejudice against Jones, Kirk, Green, Brooks, Hurst, Mosby, Burton, Harmon, and Kelley. His claims against Mullins are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2014